# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0760. JOHNATHAN LYNN WILSON v. TINA MARIE WILSON.**

In February 2023, Tina Wilson obtained a family violence protective order against Johnathan Wilson, the father of her four minor children. The father subsequently filed motions to quash a temporary ownership order related to a vehicle and to modify or vacate the ex parte protective order, both of which the trial court denied. The father filed a notice of appeal, however, we lack jurisdiction.

The trial court's order is not subject to direct appeal. Pursuant to OCGA § 5-6-35 (a) (2), a party must follow the discretionary appeal procedures to obtain review in a domestic relations case, including those that involve family violence. See *Schmidt v. Schmidt*, 270 Ga. 461, 461 (1) (510 SE2d 810) (1999). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Johnathan Wilson's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal.

Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
                    C l e r k ' s     O f f i c e ,
Atlanta,  01/23/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_

_____, Clerk.